UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHANNES JANSE VAN RENSBURG,

    Plaintiff,

v.

CLICKATELL, INC.,

    Defendant,
_____/

Case No. 2:24-cv-50-JLB-KCD

## ORDER

Before the Court is Plaintiff's Motion to Compel Compliance with Non-Party Subpoena. (Doc. 42.)[1] The motion will be denied because it was filed in the wrong venue. Plaintiff seeks to compel Arrowroot Capital Management, LLC to produce documents in Fort Lauderdale, which is in the Southern District of Florida. (Doc. 42-3.) Thus, any motion to enforce the subpoena or to sanction Arrowroot for non-compliance must first be presented there. *See* Fed. R. Civ. P. 45(g); *see also Taser Int'l, Inc. v. Phazzer Elecs., Inc.*, No. 6:16-CV-366-PGB-LHP, 2022 WL 1619393, at *1 (M.D. Fla. Apr. 19, 2022). If the Southern District finds exceptional circumstances, or if Arrowroot consents, the motion can be transferred here for resolution. *See* Fed. R. Civ. P. 45(f).

Accordingly, it is **ORDERED**:

---

[1] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

Plaintiff's Motion to Compel Compliance with Non-Party Subpoena (Doc. 42) is **DENIED**.

**ENTERED** in Fort Myers, Florida on June 12, 2025.

Kyle C. Dudek
United States Magistrate Judge